United States District Court
District of Massachusetts

```
                                  )
Douglas G. Bezio,                 )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    Civil Action Nos.
                                  )    25-13702-NMG
Pale Horse Realty LLC,            )    25-13876-NMG
                                  )
          Defendant.              )
                                  )
```

MEMORANDUM & ORDER

GORTON, J.

Pending before the Court is a motion of pro se plaintiff Douglas Bezio ("Bezio" or "Plaintiff") for recusal of the judicial officer assigned to this case (Docket No. 14). Bezio moves for recusal based upon the Court's rulings in a related case between the two parties, Pale Horse Realty LLC v. Bezio et al, 22-cv-11710-NMG, which is currently on appeal to the First Circuit Court of Appeals ("the First Circuit"). He argues that the present case requires the Court to review its rulings in that prior action and therefore warrants recusal.

To the extent that plaintiff seeks to relitigate matters decided by this Court in a prior case, he will be barred from doing so. The doctrine of issue preclusion prevents Bezio from relitigating any issue actually decided in his prior case and necessary to that judgment. Lucky Brand Dungarees, Inc. v.

-1-

-2-

Marcel Fashions Grp., Inc., 590 U.S. 405, 411 (2020).  Any perceived error in the ruling of this Court must be addressed by the First Circuit but will remain binding in the meantime.

To the extent that Bezio presents the Court with new issues of law or fact, this session will address them impartially.

### ORDER

For the forgoing reasons, plaintiff's Motion for Recusal (Docket No. 14) is **DENIED**.

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: March 9 , 2026